**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 96-41254
Summary Calendar

EDWARD JOSEPH DRYDEN,

Plaintiff-Appellant,

VERSUS

CITY OF LAREDO, TEXAS,

Defendant-Appellee.

Appeal from the United States District Court
For the Southern District of Texas
(L-95-CV-10)

June 2, 1997

Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Edward Joseph Dryden ("Dryden") appeals the district court's order granting summary judgment to the City of Laredo. We have reviewed the record and the parties' arguments, and we AFFIRM the district court for essentially the reasons stated in its opinion.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.